01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08  UNITED STATES OF AMERICA,            )    CASE NO.  CR99-0591-JCC
                                         )
09            Plaintiff,                  )
                                         )
10        v.                              )    SUMMARY REPORT OF U.S.
                                         )    MAGISTRATE JUDGE AS TO
11  JAVIER EMILIO MARTINEZ,               )    ALLEGED VIOLATIONS
                                         )    OF SUPERVISED RELEASE
12            Defendant.                   )
    _____ )
13

14          An evidentiary hearing on supervised release revocation in this case was scheduled before

15  me on July 7, 2006.  The United States was represented by AUSA Susan Roe for Douglas B.

16  Whalley and the defendant by Robert M. Leen and Mark Nakagarawa, Rule 9 intern.  The

17  proceedings were digitally recorded.

18          Defendant had been sentenced on or about August 18, 2000 by the Honorable John C.

19  Coughenour on a charge of Conspiracy to Distribute Cocaine, and sentenced to 20 months

20  custody, 5 years supervised release.

21          The conditions of supervised release included the standard conditions plus the requirements

22  that defendant submit to search, participate in a drug treatment and testing program,  abstain from

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  the use of alcohol, and not re-enter the United States illegally if deported.  (Dkt. 100).

02        Defendant's probation officer reported on June 21, 2001 that he used marijuana and

03  cocaine.  He was reprimanded, put in a structured testing program, and referred to a community

04  based residential program. (Dkt. 117).

05        The conditions of supervision were modified on August 23, 2001 to require defendant to

06  participate in a home confinement program with electronic monitoring for up to 90 days. (Dkt.

07  118).

08        On September 26, 2001, defendant's probation officer reported that he used cocaine on

09  two occasions.  Mr. Martinez had been incarcerated by the INS, so no further action was taken

10  at the time. (Dkt. 119).  The conditions of supervision were modified on March 18, 2002 to

11  require residence in a halfway house for up to 4 months. (Dkt. 120). Supervised release was

12  modified on June 14, 2002 to delete the requirement that defendant pay subsistence for the

13  halfway house residence. (Dkt. 121).  Additional time in the halfway house residence was

14  authorized on July 23, 2002 (Dkt. 122).  Home confinement with electronic monitoring was

15  imposed for up to 120 days on November 12, 2002. (Dkt. 123).

16        On February 13, 2003, defendant admitted to violating the conditions of supervised release

17  by using cocaine and failing to appear for drug testing.  (Dkt. 133). Defendant was sentenced to

18  home confinement with electronic monitoring until July 15, 2003.  (Dkt. 141).

19        On September 16, 2005, defendant was found to have violated the conditions of supervised

20  release by using cocaine on several occasions, failing to submit urine samples on several occasions,

21  failing to cooperate in the collection of a DNA sample, failing to report to probation, and failing

22  to submit a monthly report.  He was sentenced to 60 days in custody, one year supervised release.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01 (Dkt. 154).

02      In an application dated June 15, 2006 (Dkt 156), U.S. Probation Officer Felix Calvillo, Jr.

03 alleged the following violations of the conditions of probation:

04      1.    Failing to notify the probation officer ten days prior to a change in employment,

05 in violation of standard condition number 6.

06      2.    Failing to submit a written report to the U.S. Probation Office within the first five

07 days of May 2006, in violation of standard condition number 2.

08      3.    Failing to submit to drug testing on May 22, 2006 and June 5, 2006, in violation

09 of the general condition of supervision and special condition number 2.

10      Defendant was advised in full as to those charges and as to his constitutional rights.

11      Defendant admitted  alleged violations one and two and waived any evidentiary hearing

12 as to whether they occurred. The government moved to dismiss violation number three.

13      I therefore recommend the Court find defendant violated his supervised release as alleged

14 in violations one and two, that the court dismiss violation number three, and that the Court

15 conduct a hearing limited to the issue of disposition.  The next hearing will be set before Judge

16 Coughenour.

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3

01          Pending a final determination by the Court, defendant has been released on the conditions

02    of supervision.

03          DATED this 7th day of July, 2006.

04

05                                              Mary Alice Theiler
                                                United States Magistrate Judge

06

07

08    cc:     District Judge:          Honorable John C. Coughenour
              AUSA:                    Susan Roe and Douglas B. Whalley
09            Defendant's attorney:    Robert M. Leen
              Probation officer:       Felix Calvillo, Jr.

10

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -4